JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTIS MICHAEL THOMAS,<br><br>        Petitioner,<br><br>  v.<br><br>R.K. HILL, Warden,<br><br>        Respondent. | Case No. 2:19-cv-02050-ODW (AFM)<br><br>**JUDGMENT** |

In accordance with the Order Summarily Dismissing Petition for Writ of Habeas Corpus For Lack of Subject Matter Jurisdiction,

IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice for lack of jurisdiction.

DATED: March 25, 2019

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE